# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2018

153980-1(88)

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

_____

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING, Individually and as Personal
Representative for the Estate of JAMES ERWIN,
SR.,
          Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN, and
STACY ERWIN OAKES,
          Appellees.
_____/

SC: 153980
COA: 323387
Saginaw PC: 13-130558-DE

*In re* Estate of JAMES ERWIN, SR.

_____

BEATRICE KING,
          Appellant,

v

JACQUELINE E. NASH, BILLY J. ERWIN,
DEMARKIUS ERWIN, MAGGIE ERWIN,
STACY ERWIN OAKES, and DOUGLAS
TAYLOR,
          Appellees.
_____/

SC: 153981
COA: 329264
Saginaw PC: 13-130558-DE

On order of the Chief Justice, the motion of the Probate and Estate Planning Section of the State Bar of Michigan to file a brief amicus curiae on or before January 26, 2018, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2018



Clerk